# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

16 MAY 26 A 10: 40

Inmate Identification Number: 77687

Marcus James Copeny

(Enter above the full name of the plaintiff in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

City of Decatur Alabama Mayor Don Kyle
City of Decatur, Alabama Police Department
Officer Brian Prosser
Lt. Letson
Officer Rutherford

CV-16-BE-0865-NE

(Enter above full name(s) of the defendant(s) in this action)

Previous lawsuits

A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
    Yes (   )        No ( ✓ )

B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:

       Plaintiff: _____

       _____

       Defendant(s): _____

       _____

2

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

I. Place of present confinement _Morgan County Jail_

  A. Is there a prisoner grievance procedure in this institution?
     Yes ( ✓ )    No ( )

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( )    No ( ✓ )

  C. If your answer is YES:

     1. What steps did you take? _____

     2. What was the result? _____

  D. If your answer is NO, explain why not: _The facts of this complaint involves a totally different agency._

3

I. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Marcus James Copeny

Address 119 Lee St. Decatur, Alabama 35601

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Don Kyle

Is employed as Major

at Decatur, Alabama 35601

C. Additional Defendants Brian Prosser - Police Officer - Decatur City

Sgt. Letson - Police Sgt. - Decatur City

Rutherford - Police Officer - Decatur City

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary. On April 11, 2015 I was attempting to transport an individual to the Decatur General emergency room as this individual had suffered from what I perceived to be life threatening injuries. In doing so I was intercepted by officer Brian Prosser of the Decatur Police Department. As officer Prosser approached me I informed him that my passenger had been a victim of a violent crime and that he was in need of immediate medical attention. Officer Prosser stood facing me as I identified myself and made him aware of my attempt to transport the injured party to the Decatur General E.R. In an attempt to allow officer Prosser a full view of the injured party, I exited the vehicle with my hands in plain view. After I exited the vehicle officer Prosser escalated and began to yell "I know exactly who you are!" As I replied, "Sir, my friend may be dying," and motioned for Prosser to look to the injured party, Officer Prosser tased me in ~~approx~~ the back of my neck. After being tased I fell

(Continued on extra sheet →)

4

(Statement of Claim Continued.)

to the ground, face down, and then taken officer Ashfield of the Decatur City Police Department began to tase me in my neck als. Together these officers held me to the ground and simultaneously tased me in the back of my neck and head as they poked and kicked me in my scrotum.

After this I was placed on the hood of a Decatur City Patrol car where Sgt. Letson of the Decatur City Police department then began to assault my genitals. After this blatant attack by the Decatur City Police Department I was transported to Decatur General E.R. via Ambulance with injuries of my own. Decatur General E.R. records will attest. As a result of the culture of indifference perpetuated ~~by police~~ by the long-standing relations between the Decatur Police Department and the Decatur General Emergency Room Staff, I was treated with obvious bias and thus transported to the Morgan County Jail after posting bail. I checked into Crestwood E.R. in Huntsville to get impartial treatment and it was determined that I had received a fracture in my left hand stemming from having fallen after I was tased in my neck.

RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I want the court to order that I receive Monetary Compensation in the sum of $25,000,000.00 for the injuries as well as mental anguish and doctor bills that I accumulated as a result of these persons' actions or lack thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2016.

_Marcus Copley_
SIGNATURE

ADDRESS 112 Lee St.
Decatur, Alabama 35601

AIS #